IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00047-WDM-MEH

GREAT NORTHERN INSURANCE COMPANY,

    Plaintiff,
v.

PHOENIX OF BASALT, INC., a Colorado corporation,
EAGLE PINES LOT 2, LLC, a Colorado limited liability company,
ROBERT RITCHIE, an individual,
RUDD CONSTRUCTION, INC., a Colorado corporation,
KELLER CARLISLE, LLC, a Utah limited liability company, n/k/a KC BUILDERS, INC., a Utah corporation, and
ASPEN PLUMBING & HEATING, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

    Craig S. Nuss' Motion to Withdraw [filed March 25, 2009; docket #50] is **granted**. Craig S. Nuss is hereby permitted to withdraw as counsel of record for Defendant Eagle Pines Lot 2, LLC.