IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00047-WDM-MEH

GREAT NORTHERN INSURANCE COMPANY,

      Plaintiff,

v.

PHOENIX OF BASALT, INC., a Colorado corporation,
EAGLE PINES LOT 2, LLC, a Colorado limited liability company,
ROBERT RITCHIE, an individual,
RUDD CONSTRUCTION, INC., a Colorado corporation,
KELLER CARLISLE, LLC, a Utah limited liability company, n/k/a KC BUILDERS, INC., a Utah corporation, and
ASPEN PLUMBING & HEATING, INC., a Colorado corporation,

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2009.**

Defendant Keller Carlisle, LLC nka KC Builders, Inc.'s Unopposed Motion for Leave for its Insurance Claims Adjustor to Telephonically Appear at the June 29, 2009 Settlement Conference [filed June 17, 2009; docket #102] is **granted**. Defendant Keller Carlisle, LLC shall ensure that the insurance representative is promptly available by phone throughout the entirety of the settlement conference. Notably, in the Court's experience, cases may require more than one session to complete a settlement, and subsequent conferences may necessitate in-person attendance.