IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00047-WDM-MEH

GREAT NORTHERN INSURANCE COMPANY,

      Plaintiff,

v.

PHOENIX OF BASALT, INC., et al.,

      Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 17, 2009

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge

PDF FINAL